*In re* **CUOMO**, David (MR 21048)
Chicago, IL 60608-6705

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is denied. Respondent David Cuomo is disbarred. Order entered by the Court.

Burke, J., took no part.

*In re* **DePEW**, James Russell (MR 20973)
Bloomington, IL

Order of the Court:

The motion by James Russell DePew to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.